IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MICHAEL CHAMBERLAIN AND
TONYA CHAMBERLAIN,
INDIVIDUALLY, AND ON BEHALF
OF THE ESTATE AND WRONGFUL
DEATH HEIRS AT LAW OF AUSTIN         CAUSE NO. **4:21cv170-SA-JMV**
HUNTER CHAMBERLAIN,
DECEASED,

    **Plaintiffs,**

vs.

**MAXLEY B. BAXTER, DAVID L.
HOGLUND, DRY DOCK BAR &
GRILL, INC., JC RENTALS, INC.,
CHARLES MARTER, PATRICIA
RICHARDSON AND JOHN/JANE
DOES 1-10, JOINTLY AND
SEVERALLY,**

    **Defendants.**

## AGREED ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO FILE SECOND AMENDED COMPLAINT

COME NOW the parties, as indicated by signature of counsel below, and agree that Defendant, David Hoglund, shall have up to and including June 24, 2022, to Respond to Plaintiffs' Motion to File Second Amended Complaint [55].

IT IS THEREFORE ORDERED that Defendant David Hoglund shall have until June 24, 2022, to respond to Plaintiffs' Motion to File Second Amended Complaint.

SO ORDERED, this the 10th day of June, 2022.

/s/ Jane M. Virden
HONORABLE JANE M. VIRDEN

AGREED:

/s/Jay M. Atkins

Jay M. Atkins, MS 100513; TN 21371
McAngus, Goudelock and Courie, LLC
119 North 9th Street
Oxford, Mississippi 38655
(662) 281-7871
(662) 259-8460 (Fax)
jay.atkins@mgclaw.com
*Attorneys for David Hoglund*

/s/Rick D. Patt

Rick D. Patt
Patt Law Firm, PLLC
Post Office Box 70
Madison, Mississippi 39130
(601) 856-3834
(601) 510-9045 (Fax)
rick@pattlawfirm.net
*Attorney for Michael Chamberlain
and Tonya Chamberlain*